NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000774**
**14-MAY-2015**
**08:56 AM**

NO. CAAP-14-0000774

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ONEWEST BANK, FSB,
Plaintiff-Appellee,
v.
RANDOLPH GOODWIN CURRIER,
Defendant-Appellant,
and
UWE SCHULZ, STATE OF HAWAIʻI,
DEPARTMENT OF TAXATION,
Defendants-Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50,
DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50,
AND DOE GOVERNMENTAL UNITS 1-50,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0315)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By:  Foley, Presiding J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Voluntary
Dismissal of Appeal" of the above appeal filed May 7, 2015,
within which the parties agree that each party shall bear his or
her own respective attorneys' fees and costs, and the records and
files herein,

IT IS HEREBY ORDERED that

(1) the "Stipulation for Voluntary Dismissal of Appeal"
is approved,

(2) this appeal is dismissed pursuant to Hawaiʻi Rules
of Appellate Procedure Rule 42(b), and

(3) each party shall bear his or her own respective appellate fees and costs.

DATED: Honolulu, Hawai'i, May 14, 2015.

Presiding Judge

Associate Judge

Associate Judge